UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
JOHN OFORI-TENKORANG,                          :
                                               :        05 Civ 2921 (DC)(AJP)
                    Plaintiff,                 :
                                               :
        -against-                              :
                                               :        **Defendants' Motion To Dismiss**
AMERICAN INTERNATIONAL GROUP, INC.,            :
AIG FINANCIAL PRODUCTS CORP., AIG              :
INTERNATIONAL INC., and AIG TRADING            :
GROUP INC.                                     :
                                               :        ECF Case
                    Defendants.                :
                                               :
-----------------------------------------------------------x

Defendants American International Group, Inc., AIG Financial Products Corp., AIG International Inc., and AIG Trading Group Inc. ("Defendants") -- in the accompanying Memorandum of Law -- move this Court to dismiss Plaintiff's Amended Complaint in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(6).

Dated this 13th day of November, 2006

                                        Respectfully submitted by,

                                        s/ Marc E. Bernstein
                                        Marc E. Bernstein
                                        70 Pine Street, 31st Floor
                                        New York, NY 10270
                                        (212) 770-6907
                                        (212) 344-6271 (facsimile)

                                        P. Kevin Connelly
                                        Kristine Aubin
                                        Connelly Sheehan Harris
                                        150 S. Wacker Drive, #1600
                                        Chicago, IL 60606

(312) 372-1969
(312) 372-1968 (facsimile)

Attorneys for American International Group, Inc., American Financial Products Corp., AIG International Inc., and AIG Trading Group Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of Defendants' Motion To Dismiss and Supporting Memorandum of Law was served on this 13th day of November, 2006, via overnight delivery upon:

>Anne C. Vladeck
>Vladeck, Waldman, Elias & Engelhard, P.C.
>1501 Broadway, Suite 800
>New York, NY 10036

>s/ Kristine Aubin
>One of the Attorneys for Defendants